UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>    Defendants | Case No. 16-CV-01993-LHK<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 24 |

On April 20, 2016, Plaintiffs Defenders of Wildlife, Sierra Club, and Santa Clara Valley Audubon Society (collectively, "Plaintiffs") filed a motion for a temporary restraining order ("TRO") and/or preliminary injunction. ECF No. 24. Defendants U.S. Fish and Wildlife Service and U.S. Army Corps of Engineers are hereby ORDERED to file a response, not to exceed 25 pages, by May 4, 2016. Defendant-Intervenor Panoche Valley Solar, LLC shall file a response, not to exceed 10 pages, by May 4, 2016. Plaintiffs may file a reply, not to exceed 15 pages, by May 11, 2016. A hearing on this matter is specially set for May 20, 2016, at 11:00 a.m.

1

Case No. 16-CV-01993-LHK
ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

1    **IT IS SO ORDERED.**

3    Dated: April 20, 2016

_____
LUCY H. KOH
United States District Judge