UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., | Case No. 16-CV-01993-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| U.S. FISH AND WILDLIFE SERVICE, et al., | |
| Defendants. | |

Plaintiffs' Attorneys: Jason Rylander, James Tutchton
Federal Defendants' Attorney: Paul Cirino
Defendant-Intervenor's Attorney: William Sloan

An initial case management conference was held on June 29, 2016. A further case management conference is set for November 2, 2016, at 2:00 p.m. The parties shall file their joint case management statement by October 26, 2016.

By July 15, 2016, Plaintiffs shall provide a copy of the proposed amended complaint to Federal Defendants U.S. Fish and Wildlife Service and U.S. Army Corps of Engineers, as well as to Defendant-Intervenor Panoche Valley Solar, LLC ("PVS") (collectively, "Defendants").

By July 29, 2016, Defendants shall inform Plaintiffs whether Defendants will agree to stipulate to the amended complaint.

By August 5, 2016, the parties shall file a stipulation for Plaintiffs to amend the complaint, or Plaintiffs shall file a motion for leave to amend.

1

Case No. 16-CV-01993-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | August 5, 2016 |
| Last Day for Federal Defendants to Lodge the Administrative Record | September 12, 2016<br>No extensions shall be granted. |
| Last Day for Plaintiffs to File Motions Related to the Administrative Record | October 27, 2016 |
| Dispositive Motion Briefing Schedule | Plaintiffs' Motion (15 pages): November 11, 2016<br><br>Federal Defendants' Opposition and Cross Motion (15 pages): December 12, 2016<br><br>PVS's Opposition and Cross Motion (15 pages): December 19, 2016<br><br>Plaintiffs' Reply (15 pages): January 6, 2017<br><br>Federal Defendants' Reply (5 pages): January 20, 2017<br><br>PVS's Reply (5 pages): January 27, 2017 |
| Hearing on Dispositive Motions | February 16, 2017, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 16-CV-01993-LHK
CASE MANAGEMENT ORDER

2